# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3532 | **DATE** | 7/8/2008 |
| **CASE TITLE** | Bankfirst vs. Jill L. McGuire | | |

**DOCKET ENTRY TEXT**

Jeffrey Scott's motion for leave to appear pro hac vice [6] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|