UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Bankfirst
      Plaintiff,

v.              Case No.: 1:08−cv−03532
              Honorable Ruben Castillo

Jill L. McGuire
      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 21, 2008:

  MINUTE entry before the Honorable Ruben Castillo:Parties to file a joint status report on or before 8/25/2008. The Court will hold a status hearing in open court on 8/28/2008 at 10:00 a.m. The Court's review of the complaint indicates that it is appropriate to give this case expedited treatment. The parties are authorized to proceed with all discovery. All discovery to be completed on or before 12/31/2008. This case is subject to be called for trial anytime after 12/31/2008 upon a five business days notice. A final pretrial order will be waived. Plaintiff is ordered to make a disclosure pursuant to Fed.R.Civ.P. 26(a)(1) to defendant by 8/1/2008. The parties are ordered to fully exhaust all settlement possibilities prior to the first status hearing.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.